RECEIVED

JUL 2 9 2009

TONY R MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BRYANT LEDET** | * | **CIVIL ACTION NO. 07-cv-0683** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **NORTHLAND INSURANCE CO., ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Enforce Settlement [rec. doc. 35] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this case is deemed settled by the plaintiff for $75,000.00, and the claims of the plaintiff are dismissed with prejudice.

Lafayette, Louisiana, this 29 day of July, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE